Opinion issued February 10, 2011

     



 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00955-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



IN RE MICHAEL SKADDEN, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 

 



MEMORANDUM OPINION [1]

 

By petition for writ of mandamus,
relator, Michael Skadden, seeks mandamus relief from the trial court’s order
compelling production of certain documents relator contends are privileged.  On January 27, 2011, Skadden moved to dismiss
the petition for mandamus as moot.     

          We dismiss the petition for writ
of mandamus as moot.  We overrule all
pending motions as moot.      

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Bland and Alcala. 











[1]           The
underlying case is In re the Marriage of Skadden, No. 2010-19474 in the
308th District Court of Harris County, Texas, the Hon. Bruce Wettman,
presiding.